IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VELVET PILOT PLAINTIFF

vs. Civil No. 6:26-cv-06010

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION DEFENDANT

**JUDGMENT**

Comes now the Court on this 14th day of October 2026, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Spencer G. Singleton
Honorable Spencer G. Singleton
United States Magistrate Judge